THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEST MAINTENANCE GROUP, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO.: 1:19-CV-3674 |
| v. | ) |
| | ) |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, aka TRAVELERS | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Travelers Casualty Insurance Company of America, aka Travelers, ("Travelers"), by counsel, hereby files this *Notice of Removal* to remove the above-entitled action to this Court based upon the following supporting grounds. Removing party Travelers, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to it, states as follows:

1. Travelers is a defendant in a civil action brought against it in the Superior Court for Hendricks County, Indiana, captioned *Best Maintenance Group, LLC, v. Travelers Casualty Insurance Company of America, aka Travelers,* Case No. 32D02-1908-PL-000093, on the docket of said Court (the "State Court Action"). Pursuant to 28 U.S.C. Section 1446(a), copies of all process, pleadings, and orders served on Travelers in that action are attached hereto as Exhibit A.

2. The State Court Action was commenced by filing of the Complaint on August 7, 2019.

3. Travelers was served with the Complaint on August 16, 2019.

4. No further proceedings have been had in the Hendricks County Superior Court.

5. Plaintiff Best Maintenance Group, LLC ("Best Maintenance") is a limited liability company organized and existing under the laws of the State of Indiana, having its principal place of business in Indianapolis, Indiana, and is thus a Citizen of the State of Indiana. Best Maintenance's sole member is Mario Martinez, who is a natural person who resides in Indianapolis, Marion County, Indiana, and is thus a Citizen of the State of Indiana.

6. Defendant Travelers is a corporation organized and existing under the laws of the State of Connecticut, having its principal place of business in Hartford, Connecticut, and it is not a mutual insurance company. Travelers is therefore a Citizen of the State of Connecticut.

7. The Complaint seeks a declaration of Plaintiff's rights under a liability policy issued to Plaintiff by Travelers in connection with an underlying lawsuit. The Complaint also alleges that Travelers breached the policy by its refusal to defend and indemnify Plaintiff for the underlying action.

8. Removal of the State Court Action to the United States District Court, Southern District of Indiana, Indianapolis Division, is proper under 28 U.S.C. § 1441(a), because the Southern District of Indiana, Indianapolis Division, embraces Hendricks County, where the State Court Action is pending.

9. Defendants' Notice of Removal is timely under 28 U.S.C. § 1441(b), because less than thirty (30) days have passed since Defendant was served with the Summons and Complaint in the Stat Court Action, and there have been no proceedings in the State Court Action.

10. Removal of the State Court Action is proper because, 28 U.S.C. § 1332(a), this Court has original jurisdiction over the State Court Action because Plaintiff and Defendant are

citizens of different states and the amount in controversy is over $75,000, exclusive of interest and costs.

11.     Pursuant to 28 U.S.C. §1446(d), removing party Travelers will notify the clerk of the court in the State Court Action of this removal, and will give notice thereof to all adverse parties.

WHEREFORE, removing party Travelers prays that the above-entitled action be removed from the Hendricks County Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

/s/ Meghan E. Ruesch
John C. Trimble, #1791-49
Meghan E. Ruesch, #32473-49
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-3199
Telephone:  (317) 237-0500
Facsimile:  (317) 630-2790
E-Mail: jtrimble@lewiswagner.com
E-Mail: mruesch@lewiswagner.com
*Counsel for Travelers Casualty Insurance Company of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2019, a copy of the foregoing Notice of Removal was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.  I further certify that on August 28, 2019 a copy of the foregoing Notice of Removal was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Gregory W. Black, Esq.
GREGORY W. BLACK, P.C.
1647 E. Main Street, Suite A
P.0 Box 845
Plainfield, IN 46168
Telephone: (317) 839-2500
Email: gblack.blacklaw@sbcglobal.net
*Attorney for Plaintiff*

                                                */s/ Meghan E. Ruesch*
                                                MEGHAN E. RUESCH