# mycase.IN.gov

☐ Attorney Sign In

## Case Summary

« Back   New Search   Refine Search

### Best Maintenance Group, LLC v. Travelers Casualty Insurance Company of America

| | |
|---|---|
| Case Number | 32D02-1908-PL-000093 |
| Court | Hendricks Superior Court 2 |
| Type | PL - Civil Plenary |
| Filed | 08/07/2019 |
| Status | 08/07/2019 , Pending  (active) |

## Parties to the Case

Hide all party details

☐ **Defendant**   Travelers Casualty Insurance Company of America, Also Known As Travelers

Address   Serve: Highest Or Best Officer
One Tower Square
Hartford, CT 06183

☐ **Plaintiff**   Best Maintenance Group, LLC

Address   2346 S. Lynhurst Dr.,
Suite 407 F
Indianapolis, IN 46241

Attorney   Gregory Wilson Black
*#275732, Retained*

1647 E. MAIN ST
P.O. Box 845
SUITE A
PLAINFIELD, IN 46168
317-839-2500(W)

## Chronological Case Summary

08/07/2019   **Case Opened as a New Filing**

08/07/2019   📄 **Appearance Filed**
Appearance by Attorney in Civil Case

For Party:   Best Maintenance Group, LLC
File Stamp:   08/07/2019

08/07/2019   📄 **Complaint/Equivalent Pleading Filed**
📄 Complaint for Declaratory Judgment
📄 Exhibit A to Complaint

📄 **Exhibit B to Complaint**

Complaint for Declaratory Judgment

| Filed By: | Best Maintenance Group, LLC |
|---|---|
| File Stamp: | 08/07/2019 |

---

08/07/2019  📄 **Subpoena/Summons Filed**

Summons - Hartford, CT

| Filed By: | Best Maintenance Group, LLC |
|---|---|
| File Stamp: | 08/07/2019 |

---

08/07/2019  📄 **Subpoena/Summons Filed**

Summons - Dallas, TX

| Filed By: | Best Maintenance Group, LLC |
|---|---|
| File Stamp: | 08/07/2019 |

---

08/13/2019  📄 **Certificate of Issuance of Summons**

📄 Certificate of Issuance of Summons by CMRRR

📄 Certificate of Issuance - CMRRR

Certificate of Issuance of Summons

| Filed By: | Best Maintenance Group, LLC |
|---|---|
| File Stamp: | 08/13/2019 |

---

08/22/2019  📄 **Certified Mail Returned**

GREEN CARD - SIGNED BY ADRIAN MAZZONI - NO DATE GIVEN

| Party Served: | Travelers |
|---|---|

---

08/26/2019  📄 **Certified Mail Returned**

GREEN CARD - SIGNED BY "FC"

| Party Served: | Travelers |
|---|---|
| Date Signed: | 08/17/2019 |

---

## Financial Information

☐ Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Best Maintenance Group, LLC**

Plaintiff

Balance Due (as of 08/28/2019)

**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 08/07/2019 | Transaction Assessment | 157.00 |
| 08/07/2019 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be
obtained directly from the court maintaining a particular record.

« Back    New Search    Refine Search

 **Subscribe to content by RSS or Email**

 **Follow us on Twitter**

 **Indiana Courts YouTube Channel**

 **Get our shared photos on Flickr**

## Terms of Use

Odyssey Public Access (the "MyCase" website) is a platform for online services provided by the Office of Judicial Administration (the "Office").

Electronic access to court information is restricted by federal and state law in addition to court rules and orders. Information on this site is made available as a public service pursuant to order of the Indiana Supreme Court.

Information displayed on this site is not to be considered or used as an official court record and may contain errors or omissions. Accuracy of the information is not warranted. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Read the complete terms of use »

Case 1:19-cv-03674-JPH-DLP Document 1-1 Filed 08/28/19 Page 4 of 33 PageID #: 8

32D02-1908-PL-000093
Hendricks Superior Court 2

Filed: 8/7/2019 1:36 PM
Clerk
Hendricks County, Indiana

STATE OF INDIANA ) IN HENDRICKS SUPERIOR COURT 2
) SS:
COUNTY OF HENDRICKS ) Case Number: _32D02-1908-PL-_____

---

**BEST MAINTENANCE GROUP, LLC,** )
)
                         **Plaintiff,** )
   **vs.** )
)
**TRAVELERS CASUALTY INSURANCE** )
**COMPANY OF AMERICA, aka** )
**TRAVELERS,** )
)
                   **Defendant.** )

---

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1.     The party on whose behalf this form is being filed is:
       Initiating __XX__    Responding _____     Intervening _____; and

       the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

       Name of Party: __**Best Maintenance Group, LLC**_____

2.     Attorney information for service as required by Trial Rule 5(B)(2)

       Name: __Gregory W. Black____     Atty Number: __2757-32__
       Address: 1647 E. Main Street, Suite A
                  P. O. Box 845
                  Plainfield, Indiana 46168
       Phone:  (317) 839-2500
       FAX:    (317) 839-2555
       Email Address: __gblack.blacklaw@sbcglobal.net__

**IMPORTANT:**  Each attorney specified on this appearance:

         (a)    certifies that the contact listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
         (b)    acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys

regardless of the contact information listed above for the attorney; and

(c)     understands that he/she is solely responsible for keeping his/her Roll or Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.      This is a __PL__ case as defined in Administrate Rule 8(B)(3).

4.      This case involves child support issues.   Yes _____       No __XX___
        *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper.** Use Form TCM-TR3.1-4.)*

5.      There are related cases:   Yes__  No __XX____

6.      Additional information required by local rule: _____

7.      There are other party members:    Yes _____ No __XX___ *(If yes, list on continuance page.)*

8.      This form has been served on all other parties and Certificate of Service is attached: Yes_____  No__XX_____.   This is initial filing.

GREGORY W. BLACK, P.C.

_ /s/ Gregory W. Black_____

Gregory W. Black, 3757-32
1647 E. Main Street, Suite A
P. O. Box 845
Plainfield, Indiana   46168
Telephone:      (317) 839-2500
Facsimile:      (317) 839-2555
E-mail Address: gblack.blacklaw@sbcglobal.net

Counsel for Plaintiff, Best Maintenance Group, LLC

Gregory W. Black, Esq.
GREGORY W. BLACK, P.C.
1647 E. Main Street, Suite A
P. O Box 845
Plainfield, IN   46168
Telephone:  (317) 839-2500
Email: gblack.blacklaw@sbcglobal.net

2

Case 1:19-cv-03674-JPH-DLP   Document 1-1   Filed 08/28/19   Page 6 of 33 PageID #: 10

32D02-1908-PL-000093
Hendricks Superior Court 2

Filed: 8/7/2019 1:36 PM
Clerk
Hendricks County, Indiana

STATE OF INDIANA      )    IN HENDRICKS SUPERIOR COURT 2
                ) SS:
COUNTY OF HENDRICKS    )    Case Number:  32D02-1908-PL-_____

| | |
|---|---|
| **BEST MAINTENANCE GROUP, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **vs.** | ) |
| | ) |
| **TRAVELERS CASUALTY INSURANCE** | ) |
| **COMPANY OF AMERICA, aka** | ) |
| **TRAVELERS,** | ) |
| | ) |
| **Defendant.** | ) |

## **COMPLAINT FOR DECLARATORY JUDGMENT**

Best Maintenance Group, LLC, "Best," complains of Travelers Casualty Insurance Company of America aka Travelers ("Travelers") as follows.  The parties have an insurance contract with disagreement over its meaning.  Best asks The Court to declare the rights, obligations, of the respective parties according to Indiana statutory & case law, in favor of Best.  Travelers is being served in Connecticut & Texas by summons & process via certified mail.

1. The insurance policy purchased by Best from Travelers issued 8 February 2018, number 680 6F556822–18-42, for the term 21 March 2018 - 21

1

March 2019 @ 12:01 a.m.

2.  Face page of the policy with 11 relevant pages of CG 00 01 10 01, the Commercial General Liability Coverage portion of the policy, are attached hereto, made part hereof, well known to the parties, marked **Exhibit A.**

3.  The occurrence, occurrences, in question occurred within the policy or coverage period.

4.  Travelers wrongfully, unlawfully, denies coverage, defense of the suit below.  Basis of denial does not include the occurrence or occurrences occurred outside the policy period.

5.  In February 2018 Kismet Realty, customer of Best's, sued Best for an Indianapolis demolition project after terminating Kismet's contract with Best. See **Exhibit B**, face page of suit, now before The Honorable Patrick J. Dietrick, Marion County, Indiana, Civil Superior Court,  Case Number 49D05 1903 PL 11572.

6.  Travelers has full copies of Exhibits A & B, incorporated herein as though fully published.

7. Travelers is obligated by contract to indemnify Best, to pay all damages Best is declared legally obligated to pay,  to defend Best in PL 11572. In breach Travelers denies both duties, damaging Best.

8.  There is a dispute as to the meaning, interpretation, applicability, of the contract of Exhibit A.   The Court must issue declaratory judgment.

9.  Particularly in construing the contract against its maker, Court must rule in favor of Best.

10.  No definition, no exclusion, prevents Best from coverage or defense, legal defense, from Travelers.  The occurrence, occurrences, at bar are covered by Exhibit A in favor of Best by Travelers.

11.  There was no relevant work or product by Best to exclude coverage.

12.   There is no exclusive definition nor exclusion that excludes coverage.

13.  The definition of occurrence to trigger coverage is met.

14. Best shall amend this complaint as circumstances, discovery, dictate.

THUS, Best asks The Court to declare Travelers must insure Best under PL 11572, defend Best against the suit by Kismet Realty at Travelers' expense.

3

This is what Best has paid for, bought. Any damages declared by PL 11572 as

owed by Best must be paid by Travelers, Best asks Court to declare.

Respectfully submitted,
GREGORY W. BLACK, P.C.

/s/ Gregory W. Black
Gregory W. Black, 2757-32
Counsel for Plaintiff,
    Best Maintenance Group, LLC

Gregory W. Black, Esq.
GREGORY W. BLACK, P.C.
1647 E. Main Street, Suite A
P. O Box 845
Plainfield, IN   46168
Telephone:   (317) 839-2500
Email: gblack.blacklaw@sbcglobal.net



# TRAVELERS

**Report Claims Immediately by Calling\***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

\*Unless Your Policy Requires **Written** Notice or Reporting

## CONTRACTORS PAC

**CARPENTRY - 1 AND 2 FAMILY DWELLINGS**



A Custom Insurance Policy Prepared for:

**BEST MAINTENANCE GROUP LLC**
**2346 S LYNHURST DR**
**STE 407F**
**INDIANAPOLIS IN 46241**

Presented by:  A A A ARIZONA INC



EXHIBIT
A

**Greg Black**

| | |
|---|---|
| **From:** | Skiles,Summer <SSKILES@travelers.com> |
| **Sent:** | Friday, May 24, 2019 1:22 PM |
| **To:** | Greg Black |
| **Subject:** | RE: Best Maintenance Group - Insurance Policy |
| **Attachments:** | BMG Letter FCZ7019.pdf |

Hi Greg,

I'm following up on the voicemail I just left you. For your convenience, I have attached a copy of the letter which explains specifically the basis for our position and the applicable policy language. After you review, please call me back to discuss any further questions you have.

Thank you,

**Summer Skiles | Claim Professional | General Liability**
Travelers
Lake Michigan Claim Center
W: 317.818.5346   F: 877.795.9975
Mailing Address:
Travelers
P.O. Box 650293
Dallas, TX 75265-0293

**TRAVELERS**

**From:** Greg Black <gblack.blacklaw@sbcglobal.net>
**Sent:** Thursday, May 23, 2019 2:17 PM
**To:** Skiles,Summer <SSKILES@travelers.com>
**Cc:** 'Mario Martinez' <bmgindiana8@gmail.com>
**Subject:** [External] RE: Best Maintenance Group - Insurance Policy

Hi Summer

you seem to say Travelers bases coverage on what the customer who sues the insured says.
You say you only cover loss caused by negligent work of the insured.
You say this is a liability policy covering the insured.   This presumes you defend insured claims.

The complaint by Kismet against Best Maintenance alleges $59,000 in damage to Kismet property caused by negligence of Best Maintenance.
You have yet then to illustrate how this is not a covered loss.
We say we were not allowed to finish and did not do anything wrong.
Are you really saying there is no coverage because we were not negligent?

Please respond.  or have your lawyers.  Thank you.  Greg   cc  Mario Martinez.

**From:** Skiles,Summer [mailto:SSKILES@travelers.com]
**Sent:** Monday, May 20, 2019 3:22 PM
**To:** gblack.blacklaw@sbcglobal.net
**Subject:** Best Maintenance Group - Insurance Policy

1

Hi Greg,

As per our discussion, I'm attaching a copy of the applicable policy for Best Maintenance Group.

Thank you,

**Summer Skiles | Claim Professional | General Liability**
Travelers
Lake Michigan Claim Center
W: 317.818.5346   F: 877.795.9975
Mailing Address:
Travelers
P.O. Box 650293
Dallas, TX 75265-0293

**TRAVELERS** 

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

 **TRAVELERS** One Tower Square, Hartford, Connecticut  06183

## BUSINESSOWNERS COVERAGE PART DECLARATIONS

CONTRACTORS  PAC

POLICY NO.:  680-6F556822-18-42
ISSUE DATE:  02/08/2018

INSURING COMPANY:
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

POLICY PERIOD:
From 03-21-18 to 03-21-19 12:01 A.M. Standard Time at your mailing address

FORM OF BUSINESS:  LIMITED LIAB CORP

COVERAGES AND LIMITS OF INSURANCE:  Insurance applies only to an item for which a "limit" or the word "included" is shown.

### COMMERCIAL GENERAL LIABILITY COVERAGE

OCCURRENCE FORM

| | LIMITS OF INSURANCE |
|---|---|
| General Aggregate (except Products-Completed Operations Limit) | $   2,000,000 |
| Products-completed Operations Aggregate Limit | $   2,000,000 |
| Personal and Advertising Injury Limit | $   1,000,000 |
| Each Occurrence Limit | $   1,000,000 |
| Damage to Premises Rented to You | $     300,000 |
| Medical Payments Limit (any one person) | $       5,000 |

### BUSINESSOWNERS PROPERTY COVERAGE

DEDUCTIBLE AMOUNT:   Businessowners Property Coverage:  $  500 per occurrence.
Building Glass:  $  500 per occurrence.

BUSINESS INCOME/EXTRA EXPENSE LIMIT:   Actual loss for 12 consecutive months

Period of Restoration-Time Period:   Immediately

ADDITIONAL COVERAGE:
Fine Arts:          $       25,000

Other additional coverages apply and may be changed by an endorsement.   Please read the policy.

SPECIAL PROVISIONS:

## COMMERCIAL GENERAL LIABILITY COVERAGE IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 02 05   (Page 1 of 2)

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      **(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

   **b.** This insurance applies to "bodily injury" and "property damage" only if:

      **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

      **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© ISO Properties Inc., 2000

COMMERCIAL GENERAL LIABILITY

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such

© ISO Properties Inc., 2000          **CG 00 01 10 01**

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   **a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

   **b.** Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property

damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical

COMMERCIAL GENERAL LIABILITY

device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   (1) Power cranes, shovels, loaders, diggers or drills; or

   (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   (2) Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   (1) Equipment designed primarily for:

      (a) Snow removal;

      (b) Road maintenance, but not construction or resurfacing; or

      (c) Street cleaning;

   (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   (1) Products that are still in your physical possession; or

   (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      (a) When all of the work called for in your contract has been completed.

      (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      (c) When that part of the work done at a job site has been put to its intended

use by any person or organization other than another contractor or sub-contractor working on the same project.

Work that may need service, mainte-nance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused ma-terials; or

**(3)** Products or operations for which the clas-sification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occur-rence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and appli-cations software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electroni-cally controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this in-surance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such dam-ages are claimed and  to which the insured

must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution pro-ceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose busi-ness or assets you have acquired; and

**(2)** Containers (other than vehicles), materi-als, parts or equipment furnished in con-nection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, qual-ity, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

COMMERCIAL GENERAL LIABILITY

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

© ISO Properties Inc., 2000

**CG 00 01 10 01**

**49D05-1903-PL-011572**
Marion Superior Court, Civil Division 5

Filed: 3/21/2019 6:29 P
Cle
Marion County, Indiai

STATE OF INDIANA      )
                           ) SS:
COUNTY OF MARION     )

IN THE MARION SUPERIOR/CIRCUIT COURT

CAUSE NO.

KISMET REALTY GROUP, INC.,     )
                                       )
          Plaintiff,          )
                                       )
     v.                            )
                                       )
BEST MAINTENANCE GROUP, LLC,     )
                                       )
          Defendant.         )

## COMPLAINT

COME NOW the Plaintiffs, Kismet Realty Group, Inc. ("Kismet" or by their individual names where appropriate), by counsel, and for their Complaint against the Defendant, Best Maintenance Group, LLC ("BMG"), would state and allege as follows:

## JURISDICTION AND VENUE

1.      Kismet is a corporation organized and existing under the laws of the State of Indiana with its principal office located in Fishers, Hamilton County, Indiana.

2.      Kismet is the owner of certain residential real estate commonly known as 920 North California Street, Indianapolis, Indiana 46202 ("Kismet's Property"), which is located in Marion County, Indiana.

3.      BMG is an Indiana limited liability company with its principal office located in Indianapolis, Marion County, Indiana.

## ALLEGATIONS COMMON TO ALL COUNTS

4.      When Kismet bought Kismet's Property the home constructed thereon was in a severe state of disrepair and it was the intent of Kismet to hire a licensed and bonded general


EXHIBIT
B

Case 1:19-cv-03674-JPH-DLP   Document 1-1   Filed 08/28/19   Page 22 of 33 PageID #: 26

32D02-1908-PL-000093
Filed: 8/7/2019 1:36 PM
Clerk
Hendricks County, Indiana
Hendricks Superior Court 2

# SUMMONS

## HENDRICKS COUNTY, INDIANA, SUPERIOR COURT 2
## JUDGE RHETT M. STUARD
### CAUSE NO. 32D02-1908-PL-_____

| | | |
|---|---|---|
| **BEST MAINTENANCE GROUP, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | |
| | ) | **SUMMONS** |
| **TRAVELERS CASUALTY INSURANCE** | ) | |
| **COMPANY OF AMERICA, aka** | ) | |
| **TRAVELERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**The State of Indiana to Defendant:**     **TRAVELERS CASUALTY INSURANCE COMPANY**
          **OF AMERICA, aka TRAVELERS**
          **SERVE:  Highest or Best Officer**
          **One Tower Square**
          **Hartford, Connecticut   06183**

You are hereby notified that you have been sued by the person(s) named "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing on the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), with the Clerk of this Court, or a judgment by default may be entered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

DATED: 08/07/2019 _____

_Debbie Hoskins_ _____ (SEAL)
Clerk, Circuit/Superior Court of Hendricks County

(The following manner of service is hereby designated)

___XX___   Registered or Certified Mail. _____
_____   Service on Individual - (Personal or copy) at above address. _____

Gregory W. Black, 2757-32
THE BLACK LAW OFFICE
1647 E. Main Street, Suite A
P. O. Box 845
Plainfield, Indiana 46168
Telephone:    317.839.2500

## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) _____ by (registered or certified) mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) _____ _____ at the address(es) furnished by plaintiff.

Date _____ 20____          _____
                                          Clerk, Hendricks Circuit/Superior Court (SEAL)

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 20_____, and that a copy of return receipt was received on the _____ day of _____, 20_____, which copy is attached herewith.

Date _____ 20____          _____
                                          Clerk, Hendricks Circuit/Superior Court (SEAL)

## CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL

I hereby certify that on the _____ day of _____, 20_____ I mailed a copy of this summons and a copy of the complaint to the defendant(s) _____ _____ by (registered or certified) mail, and the same was returned without acceptance this _____ day of _____ _____, 20_____, and I did deliver said summons and a copy of complaint to the Sheriff of Hendricks County, Indiana.

Date _____ 20____          _____
                                          Clerk, Hendricks Circuit/Superior Court (SEAL)

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1.   By delivering on the _____ day of _____, 20_____, a copy of this summons and a copy of the complaint to each of the within-named defendant(s) _____ _____.

2.   By leaving on the _____ day of _____, 20_____ for each of the within named defendant(s) _____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode.

3.   _____ and by mailing a copy of the summons without the complaint to _____ _____ at _____ _____, the last known address of defendant(s).

All done in Hendricks County, Indiana.

FEES: $_____          _____
                                     Sheriff of Hendricks County, Indiana
                                     By:_____, Deputy

## SERVICE ACKNOWLEDGED

A copy of the within summons and a copy of the complaint attached thereto were received by me at _____ _____ this _____ day of _____, 20_____.

                                     _____
                                     Signature of Defendant

**32D02-1908-PL-000093**
Filed: 8/7/2019 1:36 PM
Clerk
Hendricks County, Indiana

Hendricks Superior Court 2

# SUMMONS

## HENDRICKS COUNTY, INDIANA, SUPERIOR COURT 2
## JUDGE RHETT M. STUARD
### CAUSE NO. 32D02-1908-PL-_____

| | | |
|---|---|---|
| BEST MAINTENANCE GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **SUMMONS** |
| TRAVELERS CASUALTY INSURANCE | ) | |
| COMPANY OF AMERICA, aka | ) | |
| TRAVELERS, | ) | |
| | ) | |
| Defendant. | ) | |

**The State of Indiana to Defendant:**    **TRAVELERS CASUALTY INSURANCE COMPANY
OF AMERICA, aka TRAVELERS
SERVE:   Highest or Best Officer
Lake Michigan Claims Center
P. O. Box 650293
Dallas, Texas   75265-0293**

You are hereby notified that you have been sued by the person(s) named "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing on the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), with the Clerk of this Court, or a judgment by default may be entered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

DATED: 08/07/2019 _____

_Debbie Hoskins_ _____(SEAL)
Clerk, Circuit/Superior Court of Hendricks County

(The following manner of service is hereby designated)

___XX____   Registered or Certified Mail. _____
_____   Service on Individual - (Personal or copy) at above address._____

Gregory W. Black, 2757-32
THE BLACK LAW OFFICE
1647 E. Main Street, Suite A
P. O. Box 845
Plainfield, Indiana 46168
Telephone:     317.839.2500

**CERTIFICATE OF MAILING**

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) _____ by (registered or certified) mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) _____ _____ at the address(es) furnished by plaintiff.

Date _____ 20____          _____
                                           Clerk, Hendricks Circuit/Superior Court (SEAL)

**RETURN OF SERVICE OF SUMMONS BY MAIL**

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 20_____, and that a copy of return receipt was received on the _____ day of _____, 20_____, which copy is attached herewith.

Date _____ 20____          _____
                                           Clerk, Hendricks Circuit/Superior Court (SEAL)

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL**

I hereby certify that on the _____ day of _____, 20_____ I mailed a copy of this summons and a copy of the complaint to the defendant(s) _____ by (registered or certified) mail, and the same was returned without acceptance this _____ day of _____ _____, 20_____, and I did deliver said summons and a copy of complaint to the Sheriff of Hendricks County, Indiana.

Date _____ 20____          _____
                                           Clerk, Hendricks Circuit/Superior Court (SEAL)

**RETURN ON SERVICE OF SUMMONS**

I hereby certify that I have served the within summons:

1.  By delivering on the _____ day of _____, 20_____, a copy of this summons and a copy of the complaint to each of the within-named defendant(s) _____ _____.

2.  By leaving on the _____ day of _____, 20_____ for each of the within named defendant(s) _____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode.

3.  _____ and by mailing a copy of the summons without the complaint to _____ _____ at _____ _____, the last known address of defendant(s).

All done in Hendricks County, Indiana.

FEES: $_____          _____
                                     Sheriff of Hendricks County, Indiana
                                     By:_____, Deputy

**SERVICE ACKNOWLEDGED**

A copy of the within summons and a copy of the complaint attached thereto were received by me at _____ _____ this _____ day of _____, 20_____.

                                     _____
                                     Signature of Defendant

Filed: 8/13/2019 2:18 PM
Clerk
Hendricks County, Indiana

STATE OF INDIANA      )     IN HENDRICKS SUPERIOR COURT 2
) SS:
COUNTY OF HENDRICKS    )     Case Number: _32D02-1908-PL-000093_____

---

**BEST MAINTENANCE GROUP, LLC,**    )
    )
        **Plaintiff,**   )
   vs.    )
    )
**TRAVELERS CASUALTY INSURANCE**  )
**COMPANY OF AMERICA, aka**   )
**TRAVELERS,**    )
    )
        **Defendant.**  )

---

## CERTIFICATE OF ISSUANCE OF SUMMONS

Gregory W. Black, counsel for Plaintiff, Best Maintenance Group, LLC, hereby certifies to the Court that he has served, by certified mail return receipt requested (green card), the original **Summons** and **Complaint For Declaratory Judgment**, upon the following:

> **TRAVELERS CASUALTY INSURANCE COMPANY**
>    **OF AMERICA, aka TRAVELERS**
> **SERVE:  Highest or Best Officer**
> **One Tower Square**
> **Hartford, Connecticut  06183**
>         Certified Mail Article Number: 7016 1970 0000 3692 4827

> **TRAVELERS CASUALTY INSURANCE COMPANY**
>    **OF AMERICA, aka TRAVELERS**
> **SERVE:  Highest or Best Officer**
> **Lake Michigan Claims Center**
> **P. O. Box 650293**
> **Dallas, Texas  75265-0293**
>         Certified Mail Article Number: 7016 1970 0000 3692 4834

on the _13th_____ day of _August_, 2019.  The return receipts of service (green cards) have

been directed to be returned to the Clerk.

    Dated: August 13 2019.

                Respectfully submitted,
                GREGORY W. BLACK, P.C.

                _/s/Gregory Wilson Black_____
                Gregory W. Black, 2757-32
                Attorney for Plaintiff,
                    Best Maintenance Group, LLC
                1647 E. Main St., Suite A
                Plainfield, Indiana 46168
                Telephone:   (317) 839-2500

2

Best Maintenance Group LLC v Travelers Casualty Ins
32 DO2-1908-PL-000093

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA, aka TRAVELERS
SERVE:  Highest or Best Officer
One Tower Square
Hartford, Connecticut  06183

9590 9402 2559 6306 8415 86

2. Article Number (Transfer from service label)

7016 1970 0000 3692 4827

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt

---

**CERTIFIED MAIL**

7016 1970 0000 3692 4827

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery  $
Postage
$
Total Postage
$

Sent To      TRAVELERS CASUALTY INSURANCE
             COMPANY OF AMERICA, aka TRAVELERS
Street and Apt.  SERVE:  Highest or Best Officer
             One Tower Square
City, State, ZIP  Hartford, Connecticut  06183

PS Form 3800

Postmark
Here

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

HARTFORD, CT 06183   OFFICIAL USE

Certified Mail Fee    0815
$3.50                  08
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $2.80
☐ Return Receipt (electronic)    $0.00      Postmark
☐ Certified Mail Restricted Delivery  $0.00      Here
☐ Adult Signature Required    $0.00
☐ Adult Signature Restricted Delivery  $0.00
Postage
$1.60
Total Postage
$7.90          08/13/2019
Sent To      TRAVELERS CASUALTY INSURANCE
             COMPANY OF AMERICA, aka TRAVELERS
Street and Apt.  SERVE:  Highest or Best Officer
             One Tower Square
City, State, ZIP  Hartford, Connecticut  06183

PS Form 3800

7016 1970 0000 3692 4827

Best Maintenance Group LLC v Travelers Casualty In

32D02-1908-PL-000093



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA, aka TRAVELERS
SERVE: Highest or Best Officer
Lake Michigan Claims Center
P. O. Box 650293
Dallas, Texas  75265-0293

9590 9402 2559 6306 8416 61

2. Article Number (Transfer from service label)
7016 1970 0000 3692 4834

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
  Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

CERTIFIED MAIL

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $
Postage
$
Total Postage and
Sent To
Street and Apt. N
City, State, ZIP+
PS Form 3800

Postmark
Here

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA, aka TRAVELERS
SERVE: Highest or Best Officer
Lake Michigan Claims Center
P. O. Box 650293
Dallas, Texas  75265-0293

7016 1970 0000 3692 4834



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

DALLAS, TX 75265  OFFICIAL USE

Certified Mail Fee    $3.50                      0815
$                                                  08
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery  $0.00       Postmark
☐ Adult Signature Required         $0.00          Here
☐ Adult Signature Restricted Delivery  $0.00
Postage
$                                  $1.60
Total Postage an
$                                  $
Sent To
Street and Apt. N
City, State, ZIP+

08/13/2019

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA, aka TRAVELERS
SERVE: Highest or Best Officer
Lake Michigan Claims Center
P. O. Box 650293
Dallas, Texas  75265-0293

7016 1970 0000 3692 4834



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA, aka TRAVELERS
SERVE: Highest or Best Officer
One Tower Square
Hartford, Connecticut 06183

9590 9402 2559 6306 8415 86

2. Article Number (Transfer from service label)

7016 1970 0000 3692 4827

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
Adrian Mazzoni

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt



USPS TRACKING #

9590 9402 2559 6306 8415 86

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**Ms. D.J. Hoskins, Clerk
Hendricks Superior/Circuit Court
51 W. Main Street, Suite 104
Danville, Indiana 46122**

*Best Maintenance &
Travelers*
32D02-1908-PL-00093

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA, aka TRAVELERS
SERVE: Highest or Best Officer
Lake Michigan Claims Center
P. O. Box 650293
Dallas, Texas   75265-0293

9590 9402 2559 6306 8416 61

2. Article Number *(Transfer from service label)*

7016 1970 0000 3692 4834

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          Date of Delivery



D. Is delivery address different from item?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

FILED
CLERK OF HENDRICKS CO
2019 AUG 26 PM 2:21

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**USPS TRACKING #**

9590 9402 2559 6306 8416 61

Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Ms. D.J. Hoskins, Clerk
Hendricks Superior/Circuit Court
51 W. Main Street, Suite 104
Danville, Indiana 46122

*Best Maintenance v*
*Travelers*
*3-2 D03-1908-PL-00093*