# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| BEST MAINTENANCE GROUP, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAVELERS CASUALTY INSURANCE )<br>COMPANY OF AMERICA, aka )<br>TRAVELERS )<br>)<br>Defendants. ) | Cause No.: 1:19-cv-3674-JPH-DLP |

## JOINT STIPULATION OF DISMISSAL, WITHOUT PREJUDICE

The parties, by their respective counsel, hereby stipulate and agree that all matters herein have been resolved between Plaintiff Best Maintenance Group, LLC and Defendant Travelers Casualty Insurance Company of America, aka Travelers. This case should be dismissed, *without* prejudice, costs paid.

    Respectfully submitted,

/s/Lauren M. Hardesty
Michael R. Bain, # 17850-32
Lauren M. Hardesty, #31999-29
Hume Smith Geddes Green & Simmons, LLP
54 Monument Circle, 4th Floor
Indianapolis, Indiana 46204
PH: (317) 632-4402   FAX: (317) 632-5595
mbain@humesmith.com
lhardesty@humesmith.com
*Attorneys for Plaintiff*

/s/ Meghan E. Ruesch
John C. Trimble, #1791-49
Meghan E. Ruesch, #32473-49
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-3199
Telephone: (317) 237-0500

Facsimile: (317) 630-2790
jtrimble@lewiswagner.com
mruesch@lewiswagner.com
*Attorneys for Defendant*